[No. 16662–0–I. Division One. May 28, 1987.]

GARY BOHLMAN, ET AL, *Appellants*, v. DON PETERS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–02513–0, Gerald L. Knight, J., entered March 21, 1985. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Chan and Revelle, JJ. Pro Tem.

[No. 16357–4–I. Division One. May 28, 1987.]

MARK S. HOLADAY, *Appellant*, v. VIRGINIA M. MERCERI, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–3–01274–8, Dennis J. Britt, J., entered March 28, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Williams, J. Now published at 49 Wn. App. 321.

[No. 7503–6–III. Division Three. May 28, 1987.]

WILLIAM ROSS GILLANDERS, *Respondent*, v. GEORGINE HELENA GILLANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 13756, Carl L. Loy, J. Pro Tem., entered December 2, 1985. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ. Now published at 49 Wn. App. 457.